UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CAROL BARFIELD MONTOYA,         )
                                )
              Plaintiff,        )
                                )    **JUDGMENT IN A CIVIL CASE**
        v.                      )
                                )    **CASE NO. 5:17-CV-94-D**
NANCY A. BERRYHILL, Acting Commissioner )
of Social Security,             )
              Defendant.        )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings, including a new hearing.

**This Judgment Filed and Entered on September 21, 2017, and Copies To:**

| | |
|---|---|
| Derrick Kyle Arrowood | (via CM/ECF electronic notification) |
| Leo R. Montenegro | (via CM/ECF electronic notification) |

DATE:                              PETER A. MOORE, JR., CLERK
September 21, 2017                 (By) /s/ Nicole Briggeman
                                   Deputy Clerk