THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-cv-00094-D

| | | |
|---|---|---|
| CAROL BARFIELD MONTOYA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER ON PLAINTIFF'S  CONSENT |
| | ) | MOTION FOR ATTORNEY  FEES |
| NANCY A. BERRYHILL, | ) | UNDER THE EQUAL ACCESS TO |
| Acting Commissioner | ) | JUSTICE ACT |
| of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Upon Plaintiff's Consent Motion for Attorney Fees under the Equal Access to Justice Act, and Defendant's consent to that Motion, it is ORDERED that Defendant pay Plaintiff Five Hundred Sixty-Eight dollars and Fifty cents ($568.50) in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

Pursuant to *Comm'r of Soc. Sec. v. Ratliff*, 560 U.S. 2521 (2010), the fee award will first be subject to offset of any debt Plaintiff may owe to the United States.  If such a debt exists, the debt will be satisfied first, and if any funds remain, they will be made payable to Plaintiff and mailed to Plaintiff's attorney.  If Plaintiff does not owe a federal debt, the Commissioner will honor the agreement between Plaintiff and her attorney, and the fees will be made payable to and delivered to Plaintiff's attorney.

SO ORDERED. This _23_ day of January 2018.

JAMES C. DEVER III
Chief United States District Judge