UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CAROL BARFIELD MONTOYA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NANCY A. BERRYHILL, Acting Commissioner )<br>of Social Security, )<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:17-CV-94-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant pay Plaintiff Five Hundred Sixty-Eight dollars and Fifty cents ($568.50) in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. The fee award will first be subject to offset of any debt Plaintiff may owe to the United States. If such a debt exists, the debt will be satisfied first, and if any funds remain, they will be made payable to Plaintiff and mailed to Plaintiff's attorney. If Plaintiff does not owe a federal debt, the Commissioner will honor the agreement between Plaintiff and her attorney, and the fees will be made payable to and delivered to Plaintiff's attorney.

**This Judgment Filed and Entered on January 23, 2018, and Copies To:**
Derrick Kyle Arrowood                      (via CM/ECF electronic notification)
Leo R. Montenegro                          (via CM/ECF electronic notification)


DATE:                                      PETER A. MOORE, JR., CLERK
January 23, 2018                           (By) /s/ Nicole Briggeman
                                            Deputy Clerk