UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CAROL BARFIELD MONTOYA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NANCY A. BERRYHILL, Acting Commissioner )<br>of Social Security, )<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:17-CV-94-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner of Social Security pay to Plaintiffs counsel, the sum of $4,568.50 from Plaintiff's back benefits and upon the payment of such sum this case is dismissed with prejudice.

**This Judgment Filed and Entered on November 16, 2018, and Copies To:**
Derrick Kyle Arrowood    (via CM/ECF electronic notification)
Leo R. Montenegro    (via CM/ECF electronic notification)

DATE:    PETER A. MOORE, JR., CLERK
November 16, 2018    (By) /s/ Nicole Sellers
    Deputy Clerk